# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1478

_____

United States of America,                      *
                                               *
        Plaintiff-Appellee,                *
                                               *
   v.                                          *
                                               *
Steven Darnell Roberson, also known            *
as Steven Darrell Roberson, also               *   Appeal from the United States
known as Michael Allen Knipp, also             *   District Court for the
known as Steve E. Robertson,                   *   Western District of Arkansas.
                                               *        [UNPUBLISHED]
        Defendant-Appellant                *
                                               *
------------------------                       *
                                               *
United States of America,                      *
                                               *
        Plaintiff-Appellee,                *
                                               *
   v.                                          *
                                               *
Steven Darrell Roberson,                       *
                                               *
        Defendant-Appellant.               *

_____

Submitted:  September 3, 1998

Filed:  September 9, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Steven Roberson challenges the judgment entered by the district court[1] following Roberson's plea of guilty to drug offenses. For reversal, he argues that the district court erred in denying his motion to suppress evidence. Because there is no indication in the record before us that Roberson entered into a conditional guilty plea, preserving the right to appeal the denial of his suppression motion, we conclude that Roberson has waived his right to appeal the issue. See Fed. R. Crim. P. 11(a)(2); United States v. Vaughan, 13 F.3d 1186, 1187-88 (8th Cir.), cert. denied, 511 U.S. 1094 (1994); United States v. Stewart, 972 F.2d 216, 217-18 (8th Cir. 1992). Accordingly, the judgment is affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.